UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 18-47 |
| ROLAND CHAMBERS | * | SECT. I |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that the defendant in the above-captioned matter, Roland Chambers, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment, conviction, and sentence, entered in this action on January 10, 2019.

Respectfully submitted,

/s/ Stephen J. Haedicke
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA  70117
(504)291-6990 Telephone
(504)291-6998 Fax
Stephen@haedickelaw.com

Counsel for Roland Chambers

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen J. Haedicke

1